**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                    Case No. _____

**RODRIGUEZ RIVERA, RAUL & DIAZ ALICEA, ELIZABETH**     Chapter **13** _____
                        Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.

2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

---

PLAN DATED: **12/28/2013** _____     ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION                              Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | | x | | = $ | |
|---|---|---|---|---|---|
| **185.00** | | **24** | | **4,440.00** | |
| **310.00** | | **36** | | **11,160.00** | |
| | | | | | |
| | | | | | |
| | | | | | |

TOTAL: $ **15,600.00**

Additional Payments:
$ **7,000.00** to be paid as a LUMP SUM within **60 months** with proceeds to come from:

☐ Sale of Property identified as follows:

☑ Other:
**LIQUIDATION OF HEREDITARY INTEREST**

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **22,600.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,784.00**

Signed: **/s/ RAUL  RODRIGUEZ RIVERA** _____
        Debtor

**/s/ ELIZABETH  DIAZ ALICEA** _____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____

B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:

1. ☑ Trustee pays secured ARREARS:
Cr. **Banco Popular De P.**   Cr. _____   Cr. _____
# **71010011670711**   # _____   # _____
$ **14,207.34**   $ _____   $ _____

2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____   Cr. _____   Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____

3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____   Cr. _____   Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____

4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**Asociacion de Emple    Educoop** _____

5. ☐ Other: _____

6. ☑ Debtor otherwise maintains regular payments directly to:
**Banco Popular De P.    Sistema De Retiro** _____

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)

D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____   Cr. _____   Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____

2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
* "Tax refunds will be devoted each year, as periodic payments, to the plan's funding until plan completion. The plan shall be deemed modified by such amount, without the need of further Court order. The debtor(s) shall seek court's authorization prior any use of funds."

---

Attorney for Debtor **R. Figueroa Carrasquillo Law Office** _____     Phone: **(787) 744-7699** _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only