IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

RAUL RODRIGUEZ RIVERA

ELIZABETH DIAZ ALICEA

    DEBTOR(S)

CASE NO.   13-10865-ESL

CHAPTER 13

**AMENDED DOCUMENT**

### TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on **February 11, 2014**. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate is: To be determinated

3. With respect to the attached payment plan:

PLAN DATE: December 28, 2013          PLAN BASE: $22,600.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 2/26/2014

☐ FAVORABLE          ☒ UNFAVORABLE

**1. [X] FEASIBILITY 11 USC § 1325(a)(6):**

**Amend plan to specify which of the two inheritance properties is to be subject of the lump sum. In addition, debtors have to provide the consent of all heirs to sell said property. Debtor Mr. Rodriguez needs to amend Schedule "B" again in order to clarify number of heirs for inheritance property. As per his testimony at meeting of creditors, heirs are ten.**

2. [ ] INSUFFICIENTLY FUNDED § 1325(b):

3. [ ] UNFAIR DISCRIMINATION § 1322(b):

4. [ ] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

5. [ ] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

6. [ ] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

**7. [X] OTHER:**

**1) The amended Schedule "J" to correct Joint debtor's employment status has not been filed. 2) Pending to submit an appraisal's value for the inheritance property located at Hato Nuevo Ward in Gurabo in order to review value of the property. 3) Amend SCMI#47a to delete shares with AEELA and EDUCOOP that will be surrender as per plan.**

TRUSTEE'S REPORT ON CONFIRMATION                                                                     Page  2

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of  which has been served upon counsel for  debtor(s). Copies
are available to parties in interest at the Trustee's Office.

Atty Fee:$3,000.00 /$216.00/$2,784.00

/s/ Osmarie Navarro Martínez
Osmarie Navarro Martínez

Atty:   ROBERTO FIGUEROA

USDC # 222611
 **ALEJANDRO OLIVERAS RIVERA**
 Chapter 13 Trustee
 PO Box 9024062, Old San Juan Station
 San Juan PR 00902-4062
 CMC - GB