UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN Re:

ERIC OMAR MONELL SANES

XXX-XX-5702

DEBTOR (S)

Case No. 13-01300-BKT

CHAPTER 13

**TRUSTEE'S POSITION AS TO DEBTOR'S REQUEST
TO RETAIN 2012 TAX REFUND**

**TO THE HONORABLE COURT:**

**NOW COMES** José R. Carrión, Chapter 13 Trustee through the undersigned attorney, and very respectfully alleges and informs:

1. Debtors are requesting to retain their 2012 tax refund of $2,000.00 to cover some unexpected expenses. Docket #21.

2. After reviewing debtor's income and expenses listed in the schedules, the Trustee has no opposition that the debtor retains the tax refund received for year 2012, but subsequent tax refunds should be devoted to the plan to maximize the repayment to creditors.

WHEREFORE, the Trustee respectfully requests this Honorable Court that it takes note of the above, and for such other and further relief as provided by law.

TRUSTEE'S POSITION DEBTOR'S REQUEST TO RETAIN TAX REFUND         Page #2
-----------------------------------------------------------------

CERTIFICATE OF SERVICE: The Chapter 13 Trustee certifies that a copy of this motion has been served by regular US Mail on this same date to: the DEBTOR(s) and her/his/their attorney and all Creditors and Parties in Interest to their respective address of record as they appear in the attached master address list to the address of record, if not an ECFS register user.

In San Juan, Puerto Rico this, September 30, 2013.

/s/ Jose R. Carrion
Jose R. Carrion
Chapter 13 Trustee
PO Box 9023884
San Juan, PR 00902
Tel.(787)977-3535
Fax (787)977-3550

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | MARIA DE LOS ANGELES GONZALEZ, ESQ.<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| ROBERTO FIGUEROA CARRASQUILL*<br>PO BOX 193677<br>SAN JUAN, PR 00919-3677 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE.<br>SAN JUAN, PR 00918 | ERIC OMAR MONELL SANES<br>ESTANCIAS DE LA CEIBA<br>505 RAFAEL HERNANDEZ STREET<br>JUNCOS, PR 00777 |
| RELIABLE FINANCIAL SERVICES<br>PO BOX 21382<br>SAN JUAN, PR 00928-1382 | SALLIE MAE INC ON BEHALF UNITED STUDENT AID FUN<br>ATTN BANKRUPTCY LITIGATION UNIT E3149<br>PO BOX 9430<br>WILKES BARRE, PA 18773-9430 |
| RELIABLE FINANCIAL SERVICES<br>C/O CARLOS E PEREZ PASTRANA<br>PO BOX 21382<br>SAN JUAN, PR 00928-1382 | SEARS<br>PO BOX 6189<br>SIOUX FALLS, SD 57117-6189 |
| ROBERTO FIGUEROA CARRASQUILL*<br>PO BOX 193677<br>SAN JUAN, PR 00919-3677 | CITIFINANCIAL<br>300 SAINT PAUL PL<br>BALTIMORE, MD 21202 |
| ROBERTO FIGUEROA CARRASQUILL*<br>PO BOX 193677<br>SAN JUAN, PR 00919-3677 | HARDVARD COLLECTION SERVICE<br>4839 N ELSTON AVE<br>CHICAGO, IL 60630-2534 |
| BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>G.P.O. BOX 36-6818<br>SAN JUAN, PR 00936 | VAPR FEDERAL CREDIT UNION<br>C/O LUIS YAMIL RODRIGUEZ SAN MIGUEL<br>PMB 256<br>PO BOX 4952<br>CAGUAS, PR 00726 |
| DORAL BANK<br>PO BOX 70308<br>SAN JUAN, PR 00936-8308 | CACH LLC<br>4340 S MONACO ST UNIT 2<br>DENVER, CO 80237 |
| PR ACQUISITIONS LLC<br>PO BOX 194499<br>SAN JUAN, PR 00919-4499 | DORAL BANK<br>C/O ROSAMAR GARCIA FONTAN<br>PO BOX 363507<br>SAN JUAN, PR 00936-3507 |
| HOME DEPOT<br>PO BOX 6497<br>SIOUX FALLS, SD 57117-6497 | AMERICAN INFOSOURCE LP<br>AS AGENT FOR MIDLAND FUNDING LLC<br>PO BOX 268941<br>OKLAHOMA CITY, OK 73126-8941 |

```
SALLIE MAE INC ON BEHALF UNITED STUDENT AID FUN
ATTN DEPOSIT OPERATIONS
PO BOX 6180
INDIANAPOLIS, IN  46206-6180


SANTANDER FINANCIAL
PO BOX 3711357
CAYEY, PR  00737


ERIC OMAR MONELL SANES
ESTANCIAS DE LA CEIBA
505 RAFAEL HERNANDEZ STREET
JUNCOS, PR  00777



,   00000


WESTGATE VACATION WILLAS XVII
4000 WESTGAGE BOULEVARD
KISSIMMEE, FL  34747
```