B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

District of Puerto Rico

In re  ERIC OMAR MONELL SANES  ,   Case No.  13-01300-BKT13

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Banco Popular de Puerto Rico-Mortgage | Doral Bank |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Mortgage Servicing Department (762)
P.O. Box 362708, San Juan PR 00936

Court Claim # (if known):  6-1
Amount of Claim:  103864.29
Date Claim Filed:  05/21/2013

Phone:  787-723-0077
Last Four Digits of Acct #:  9983

Phone:  787-474-6649
Last Four Digits of Acct. #:  9913

Name and Address where transferee payments should be sent (if different from above):

Creditor's number  504027
Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Michael Garcia   Date: 07/27/2015
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.